AO 468 (Rev. SDCal 04/13) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>**JENNIFER GARCIA**<br>*Defendant* | )<br>)<br>) Case No. 19-MJ-01881<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 5-10-19

*Jennifer Coarua*
*Defendant's signature*

s/Roseline D. Feral
*Signature of defendant's attorney*

Roseline D. Feral (SBN: 1288788)
*Printed name and bar number of defendant's attorney*

444 West "C" Street, Suite 310
San Diego, CA  92101

*Address of defendant's attorney*

roselineferal@gmail.com
*E-mail address of defendant's attorney*

(619) 232-1010
*Telephone number of defendant's attorney*

(619) 231-2505
*FAX number of defendant's attorney*