```
                                        FILED
                                      Jun 04 2019
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY        s/ ericas        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR2032-W |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |
| JENNIFER GARCIA, | |
| Defendant. | |

The United States Attorney charges:

On or about May 8, 2019, within the Southern District of California, defendant, JENNIFER GARCIA, did knowingly and intentionally import 500 grams and more, to wit: approximately 24.10 kilograms (53.13 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/4/19 .

ROBERT S. BREWER, JR.
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:mz:5/29/2019